

## NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile:  (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile:  (973) 258-1480

February 27, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

**BY HAND**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

**MEMO ENDORSED**

    Re:    Charles Weiss v. M/V NORWEGIAN MAJESTY
            08 Civ. 1649 (RMB)

Dear Judge Berman:

    We have received Your Honor's Notice dated February 26, 2008 setting an initial pre-trial conference for March 31, 2008 at 9:15 a.m.

    The defendants named in the complaint have not, as yet, appeared in the action and, as matters have developed, I have a previously scheduled engagement on Monday morning, March 31st.

    In the circumstances, I respectfully request that the conference now scheduled for Monday morning, March 31, 2008, be adjourned and be rescheduled after counsel for defendants appear.

    In the alternative, I would ask that the conference be scheduled to any day of the week after March 31st.

This is the first request for such extension.

Thank you for your consideration.

                                            Respectfully submitted,

                                            NOURSE & BOWLES, LLP

                            By: _____
                                            Lawrence J. Bowles

LJB/jtc

---

3/31/08 conference

adjourned to 4/15/08

@ 9:00 AM

SO ORDERED:
Date: 2/27/08  /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.