AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

CHARLES WEISS, as the owner of the sailing yacht SERENGETI,

             Plaintiff,

**APPEARANCE**

-against-

Case Number: 08 Civ. 1649 (RMB)

M/V NORWEGIAN MAJESTY, her engines, machinery and other appurtenances, in rem and Norwegian Cruise Line, in personam

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     Intervenor Ocean Voyager Limited and Defendant NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line

     I certify that I am admitted to practice in this court.

4/10/2008
Date

Signature

Patrick F. Lennon     PL 2162
Print Name     Bar Number

The GrayBar Building, 420 Lexington Ave., Suite 300
Address

New York     NY     10170
City     State     Zip Code

(212) 490-6050     (212) 490-6070
Phone Number     Fax Number