UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLES WEISS, as the owner of the sailing yacht
SERENGETI,

                Plaintiff,

  - against -

M/V NORWEGIAN MAJESTY, her engines, machinery
and other appurtenances, in rem and Norwegian Cruise
Line, in personam,

                Defendants.
------------------------------------------------------------------X

08 Civ. 1649 (RMB)

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant NCL (Bahamas) Ltd., d/b/a Norwegian Cruise Line and Intervenor, OCEAN VOYAGER LIMITED, certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Defendant NCL (Bahamas) Ltd., d/b/a Norwegian Cruise Line, hereby states that it is an indirect subsidiary of NCL Corporation Ltd. ("NCLC"). A non-controlling interest in NCLC is held by a direct subsidiary of Star Cruises Limited, a Bermuda company, shares of which are traded on the Hong Kong Stock Exchange.

Pursuant to Fed. R. Civ. P. 7.1 (b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated: April 10, 2008
       Southport, CT

                              Intervenor, OCEAN VOYAGER LIMITED, and
                              Defendant NCL (Bahamas) Ltd. d/b/a Norwegian
                              Cruise Line

By: _____
                              Patrick F. Lennon
                              Nancy R. Peterson
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              pfl@lenmur.com
                              nrp@lenmur.com