UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLES WEISS, as the owner of the sailing yacht
SERENGETI,

                            Plaintiff,

    - against -

M/V NORWEGIAN MAJESTY, her engines, machinery
and other appurtenances, in rem and Norwegian Cruise
Line, in personam,

                           Defendants.
------------------------------------------------------------------X

08 Civ. 1649 (RMB)

ECF CASE

## OWNER'S VERIFIED CLAIM
## AND STATEMENT OF INTEREST IN VESSEL PURSUANT TO
## SUPPLEMENTAL ADMIRALTY RULE (C)(6)

And now appears OCEAN VOYAGER LIMITED ("OVL") intervening for itself as owner of the M/V NORWEGIAN MAJESTY, and makes claim to the M/V NORWEGIAN MAJESTY, her engines, tackle, boilers, apparel, etc., as the same were sought to be arrested at the instance of Charles Weiss, as the owner of the sailing yacht SERENGETI, the Plaintiff, and the OVL states that it was as the time of the filing of the Verified Complaint herein, and still is, the true and bona fide sole owner of the vessel and that no other person is the owner thereof.

    WHEREFORE it prays to defend accordingly.

Dated: Southport, CT
April 10, 2008

                                    Owner of M/V NORWEGIAN MAJESTY,
                                    OCEAN VOYAGER LIMITED

By: _____
       Patrick F. Lennon (PL 2162)
       Nancy R. Peterson (NP 2871)
       LENNON, MURPHY & LENNON
       The GrayBar Bldg.
       420 Lexington Ave., Suite 300
       New York, NY 10170
       (212) 490-6050
       (212) 490-6070 (fax)
       pfl@lenmur.com
       nrp@lenmur.com

## ATTORNEY'S VERIFICATION

State of Connecticut  )
                      )   ss: Town of Southport
County of Fairfield   )

1. My name is Patrick F. Lennon.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am a partner in the firm of Lennon, Murphy & Lennon, attorneys for the claimant OCEAN VOYAGER LIMITED.

4. I have read the foregoing Owner's Verified Claim and Statement of Interest in Vessel and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by OCEAN VOYAGER LIMITED is that the claimant is a foreign company none of whose officers are present within the Southern District of New York.

6. The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from OCEAN VOYAGER LIMITED.

7. I am authorized to make this Verification.

Dated: Southport, CT
       April 10, 2008

_____
Patrick F. Lennon

## AFFIRMATION OF SERVICE

I hereby certify that on April 10, 2008, a copy of the foregoing Claim of Owner was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Patrick F. Lennon