USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Charles Weiss, as the owner of the
sailing yacht SERENGETI,
            Plaintiff,

- v -

M/V NORWEGIAN MAJESTY, her engines, machinery
and other appurtenances, in rem and Norwegian
Cruise Line, in personam,
------------------------Defendants.------------X

**Case Management Plan**

_08_ CV. _1649_ (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _N/A_

(ii)   Amend the pleadings by _May 16, 20008_

(iii)  All discovery to be expeditiously completed by ~~October 31~~, _Sept 15_, 2008 (Fact + Expert) RMB

(iv)  Consent to Proceed before Magistrate Judge _No_

(v)   Status of settlement discussions _continuing 9/16/08 with Principals @ 9:30_

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
                       4/15/08

                                                         RMB
                                              Hon. Richard M. Berman, U.S.D.J.